```
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California  95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JEANINE KAREN REISBIG
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEANINE KAREN REISBIG,<br><br>Plaintiff,<br><br>v.<br><br>APEX FINANCIAL MANAGEMENT, LLC, a Illinois limited liability company; and BRUCE ROBERT PASSEN, as an individual and in his official capacity,<br><br>Defendants. | Case No. C06-00315-MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, JEANINE KAREN REISBIG, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JEANINE KAREN REISBIG, hereby dismisses, with prejudice, all claims made by her against APEX FINANCIAL MANAGEMENT, LLC, and BRUCE ROBERT PASSEN in her Complaint filed herein on January 17, 2006. Plaintiff further notifies the Court that her dispute with the Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    JEANINE KAREN REISBIG

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

-1-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE    Case No. C06-00315-MHP